IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NASRA M. ARAFAT,

      Appellant,

v.

RECEIVER OF SEMINOLE
CASUALTY INS. CO.,
FLORIDA CORPORATION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5823

Opinion filed April 6, 2017.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, Judge.

Nasra M. Arafat, pro se, Appellant.

Yamile Benitez-Torviso, Florida Department of Financial Services, Doral, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.